USDC SCAN INDEX SHEET

















KAT    9/15/05    13:00

2:05-M -08531   USA V. RODRIGUEZ-COINTS

*1*

*CRCMP.*

A. USA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) MAGISTRATE CASE No: **'05 mg 8531** |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 8 U.S.C. § 1324(a)(2)(B)(iii) |
| | ) Bringing In Illegal Aliens |
| Dora RODRIGUEZ-Cointa | ) Without Presentation (Felony) |
| Defendant. | ) |

The undersigned complainant, being duly sworn, states:

That on September 12, 2005, within the Southern District of California, defendant Dora RODRIGUEZ-Cointa, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Blanca Sayuri RODRIGUEZ-Rivera, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts which, is incorporated herein by reference.

_____
Miguel Plascencia, CBP
Criminal Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF SEPTEMBER 2005

_____
JOSEPH SCHMITT
U.S. MAGISTRATE JUDGE

SEP 13 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

**UNITED STATES OF AMERICA**
        **v.**

Dora RODRIGUEZ-Cointa

### STATEMENT OF FACTS

The complainant states that this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs & Border Protection Enforcement Officer Miguel Plascencia.

On September 12, 2005, at approximately 2:10 A.M., Dora RODRIGUEZ-Cointa arrived at the Calexico West Port of Entry coming from the Republic of Mexico and applied for entry claiming to be a citizen of the United States born in Fort Braggs, California. DORA RODRIGUEZ was the driver and only visible occupant of a 1991 Dodge Grand Caravan.

At primary inspection, DORA RODRIGUEZ gave a negative Customs declaration and said that the car belonged to a friend and said that she was going to El Centro, California to pick up her brother from a friend's house. The primary officer observing Dora RODRIGUEZ' demeanor of being nervous, she maintained no eye contact while being spoken to and mumbling when answering questions was cause for the primary officer to refer her to the vehicle to secondary for further inspection.

At the vehicle secondary, an undocumented Mexican female, later identified as Blanca Sayuri RODRIGUEZ-Rivera was discovered hidden inside the vehicle rear quarter panel of the van she was in. Subsequently both the Dora RODRIGUEZ and Blanca RODRIGUEZ were escorted to the Port Enforcement Team processing area for further investigation.

DORA RODRIGUEZ was advised of his rights per Miranda warnings. DORA RODRIGUEZ said that she understood her rights and said she wanted and attorney present. No questions were asked.

Material Witness Blanca Sayuri RODRIGUEZ-Rivera said that she is a citizen of Mexico with no legal documents to enter into or be in the United States. Blanca RODRIGUEZ stated that her aunt made the smuggling arrangements with an unknown person. Blanca RODRIGUEZ said she was going to be charge $2,600.00 to be smuggled into the United States and that her final destination in the United States was Los Angeles, California. Blanca RODRIGUEZ said that approximately five minutes before she was discovered by officers, she herd a female voice telling her to be quiet because they were almost there. Blanca RODRIGUEZ was unable to identify DORA RODRIGUEZ from the photo line-up she was presented with.

Material Witness:

| Name | Country of Birth |
| --- | --- |
| RODRIGUEZ-Rivera, Blanca Sayuri | MEXICO |

Further, the complainant states that he believes that said alien is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.