USDC SCAN INDEX SHEET

















SWD     9/28/05     15:28

3:05-CR-01697     USA V. RODRIGUEZ-COINTA

*8*

*CRINFO.*

FILED

SEP 27 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DORA COINTA RODRIGUEZ,<br><br>        Defendant. | Criminal Case No. 05CR1697-DMS<br>05mg 8531<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) – Bringing<br>in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 – Aiding and Abetting |

On or about September 12, 2005, within the Southern District of California, defendant DORA COINTA RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Blanca Sayuri Rodriguez-Rivera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED:   September 27, 2005.

CAROL C. LAM
United States Attorney

STEPHEN M. TOKARZ
Assistant U.S. Attorney

SMT:jam:Imperial