USDC SCAN INDEX SHEET

















CAG    10/11/05    13:07

3:05-CR-01697   USA V. RODRIGUEZ

*13*

*CRREQ.*

NORMA A. AGUILAR
California State Bar No. 211088
110 West C Street, Suite 707
San Diego, California 92101
Telephone: (619) 794-2261

Attorney for Ms. Rodriguez

FILED

OCT 7 2005

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05CR1697-DMS |
| Plaintiff, | |
| v. | |
| DORA COINTA RODRIGUEZ, | **DECLARATION OF COUNSEL IN SUPPORT OF BOND MODIFICATION** |
| Defendant. | |

I, Norma A. Aguilar, state as follows:

1. I am an attorney admitted to practice in the State of California and before this Court. I have personal and first-hand knowledge of the facts set forth herein and could and would testify competently hereto if called upon to do so.

2. I have been appointed by the court to represent the defendant Dora Cointa Rodriguez in the above-captioned case. I submit this declaration in support of the attached consent order permitting travel outside the district.

3. Ms. Rodriguez is a United States citizen with family in both California and Mexicali, Mexico. Ms. Rodriguez was released on a $15,000 personal appearance bond, secured by the signature of her older sister. Ms. Rodriguez would like to travel to Mexicali, Mexico in order to visit her father the weekend of October 8, 2005 though October 9, 2005.

05CR1697-DMS

4. I personally spoke with the surety, who advised me that she would accompany Ms. Rodriguez to Mexico to visit their father together.

5. On October 6, 2005, I called Assistant U.S. Attorney Stephen Tokarz to ask if he had any objection to this modification in condition. Mr. Tokarz informed me that he had no opposition, so long as Pretrial Services had no opposition.

6. On October 6, 2005, I called Pretrial Services Officer Charlene Delgado. Ms. Delgado informed me that she had no opposition to the modification permitting Ms. Rodriguez to travel into Mexico to see her father.

7. On October 6, 2005, I called Jamie Klosterman to advise her of this request. She informed me that Judge Sabraw is out of the district and that I should seek approval from the Magistrate Judge on duty.

8. The next court date for Ms. Rodriguez is October 14, 2005 for disposition. Ms. Rodriguez has waived indictment in this case.

I so declare under penalty of perjury this 7th day of October, 2005, in San Diego, California.

Dated: October 7, 2005

NORMA A. AGUILAR
Attorney for Defendant Rodriguez