USDC SCAN INDEX SHEET















CAG    10/31/05    15:54

3:05-CR-01697   USA V. RODRIGUEZ

*24*

*CRFR.*

43158

FILED

OCT 2 5 2005

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal:05CR1697-DMS |
| Plaintiff, | **FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |
| v. | |
| DORA COINTA RODRIGUEZ | |
| Defendant. | |

Upon Defendant's request to enter a plea of Guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Magistrate Judge by the District Judge, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

Thereafter, the matter came on for a hearing on Defendant's plea of guilty, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record.

In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

24

**I make the following FINDINGS:**

1. that Defendant is competent to enter a plea;

2. that Defendant understands that s/he has the right to persist in his/her plea of "not guilty;"

3. that Defendant understands that s/he has the right to a speedy and public trial;

4. that Defendant understands that s/he has the right to be tried by a jury, or that s/he may give up that right and have a judge try the case without a jury;

5. that Defendant understands that s/he has the right to the assistance of counsel at trial;

6. that Defendant understands that, at trial, s/he would have the right to confront and cross-examine the witnesses against him/her;

7. that Defendant understands that, at trial, s/he would have the right to present a defense, and the right to have witnesses subpoenaed to testify on his/her behalf;

8. that Defendant understands that if s/he had a trial, s/he would have the right against compelled self-incrimination;

9. that Defendant understands the nature of the charge against him/her;

10. that Defendant understands the maximum possible sentence that s/he could receive, and the effect of a supervised release term, and further, that Defendant understands that the sentencing guidelines are advisory and not binding on the court, that the defendant could be sentenced to the statutory maximum sentence;

2

11.  that Defendant's plea of guilty is made knowingly and voluntarily;

12.  that Defendant understands the terms of his/her plea agreement.

**I therefore RECOMMEND that the District Judge accept the Defendant's plea of guilty.**

The sentencing hearing will be before United States District Judge_Dana M. Sabraw_on_January 20, 2006 @ 9:00 a.m___.

Objections to these Findings and Recommendation must be filed within 14 days of the date of this order.

Dated: ___/0·25·05_____

_____
PETER C. LEWIS
United States Magistrate Judge

Copies to:

Hon. Dana M. Sabraw
U.S. District Judge

United States Attorney

Norma A. Aguilar, Esq.
Counsel for Defendant

3